Westlaw.

Minn.Gen.R.Prac., **Rule 507** Page 1

C

Minnesota Statutes Annotated Currentness
   General **Rules** of **Practice** for the District Courts (Refs & Annos)
      Title VI. Conciliation Court **Rules**(Refs & Annos)
        → **RULE 507. STATEMENT OF CLAIM AND COUNTERCLAIM; CONTENTS; VERIFICA- TION**

**(a) Claim; Verification; Contents.** Each statement of claim and each counterclaim shall be made in the form approved by the court and shall contain a brief statement of the amount and nature of the claim, including relevant dates, and the name and address of the plaintiff and the defendant. The court administrator shall assist with the completion of the statement of claim and counterclaim upon request. Each statement of claim and each counterclaim shall also be signed and sworn to by the party, or the lawyer representing the party, in the presence of a notary public or the court administrator.

**(b) Uniform Statement of Claim or Counterclaim; Acceptance by Court.** A statement of claim or counterclaim in the uniform form prescribed in the appendix to these **rules** shall be accepted by any conciliation court administrator when properly completed and filed with the applicable fees, if any.

CREDIT(S)

Amended June 22, 1993, eff. July 1, 1993.

1993 COMMITTEE COMMENT

2006 Main Volume

> **Rule 507**(b) requires that all courts accept a statement of claim or counterclaim properly completed on the form set forth in the appendix. **Rule 507**(a) authorizes a court to tailor the forms that it makes available to litigants for use in that court or to approve forms prepared by the litigants. This **rule** allows both the court and the litigants to benefit from increased efficiency through the use of various preprinted forms and word processor or computer generated forms. Courts using tailored forms cannot, however, reject a statement of claim or counterclaim properly completed on the form set forth in the appendix.

HISTORICAL NOTES

2006 Main Volume

Derivation:

    Minn.Gen.R.Prac. 508.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

EXHIBIT A

Sept. 5, 1991.

**Former Rule:** Former **Rule 507** related to fees and affidavits in lieu of fees. See, now, **MN** R. **Gen**. Prac., **Rule 506.**

LIBRARY REFERENCES

   Courts ⚿ 176.
   Westlaw Topic No. 106.

51 M. S. A., General **Rules** of **Practice**, **Rule 507**, **MN** ST **GEN** PRAC **Rule 507**
Current with amendments received through August 1, 2009

(C) 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.